# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

In re:                                             Chapter 13 No. 11-23916-

Eugene Newman and

Debra Newman                                       Hon. Daniel S. Opperman

                  Debtors.

_____/

## ORDER SUSTAINING IN PART AND OVERRULING IN PART THE UNITED STATES TRUSTEE'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF DITECH FINANCIAL LLC

WHEREAS the United States Trustee filed an Objection to the Notice of Mortgage Payment Change filed by Ditech Financial LLC on April 18, 2017, (Docket No. 154) with respect to the *Notice of Mortgage Payment Change* filed by Ditech Financial LLC on April 6, 2017, (Docket No. 152);

WHEREAS Ditech Financial LLC filed a *Response to United States Trustee's Objection to Notice of Mortgage Payment Change* on July 20, 2017, (Docket No. 168);

WHEREAS the Court held a hearing on the matter on July 27, 2017; and the Court having taken the matter under advisement;

WHEREAS the Court issued an *Opinion Regarding Notice of Mortgage Payment Change of Ditech Financial LLC/F/K/A Green Tree Servicing LLC* on August 18, 2017; and the Court being fully advised:

**IT IS HEREBY ORDERED** that the United States Trustee's Objection to the Notice of Payment Change of Ditech Financial LLC is overruled and the Notice stands as filed;

**IT IS FURTHER ORDERED** that Ditech Financial LLC, and its successor, New Penn Financial shall credit the borrowers' mortgage account the sum of $386.40.

Signed on August 29, 2017



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**